MINION & SHERMAN
BY: Scott D. Sherman
33 Clinton Road - Suite 105
West Caldwell, New Jersey 07006
Phone: (973) 882-2424
Fax: (973) 882-0856
Email: ssherman@minionsherman.com
Attorney for Debtor

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| JOSE M. RUIZ, | : | Case No. 26-18768 SLM |
| | : | Returnable: August 26, 2026 |
| Debtor(s) | : | 10:00 a.m. |

---

# CERTIFICATION IN SUPPORT OF MOTION TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

I, Scott D. Sherman, attorney for the Debtors, do hereby certify that I am an attorney at law in the State of New Jersey and I am the attorney for Debtor in the above captioned Chapter 13 case and I make this certification in support of Debtor's Motion to Extend the Automatic stay under 11 U.S.C. Section 362.

2. Debtor had a previous Chapter 13 case that was pending within the preceding one year. That case was filed on March 27, 2024, and Dismissed May 12, 2026 (Case #24-13214 SLM) ("2024 Case").

3. Debtor is the owner of real property located at 99 White Meadow Ave., Rockaway, New Jersey 07866 ("NJ Property"). This property is Debtor's residence and has been so for close to 25 years, having purchased the property on November 19, 2001.

4. The Property has a fair market value of approximately $471,000.00 based on the latest Zillow Value (See Exhibit "A").

5. Lynx Asset Services ("Lynx") holds the only mortgage on the property with an approximate amount owed of $323,580.85.

6. Based on the fair market value and the amount owed to Lynx on the mortgage there is approximately $150,000 in equity in Debtor's property.

7. Debtor's 2024 case lasted 2 years where a plan was confirmed and Debtor paid in $38,100 to the trustee during the course of the case. Of the money paid to the trustee $29,505.80 was paid to Lynx which was more than half of the mortgage arrears.

8. On August 15, 2025 Debtor suffered a heart attack and continued to suffer health issues after that which impacted on his income and ultimately resulted in Debtor not being able to keep up with his plan payments with the result being dismissal of his case.

9. Debtor is now back to work and the situation has stabilized. His work income combined with he and his wife's social security, his wife's pension and assistance from his adult son and daughter Debtor shall be able to move forward in this case with a feasible plan.

10. The Debtor has filed this bankruptcy in good faith to save the home that he has lived in for 25 years.

11. In addition to Debtor's mortgage arrears Debtor also owes about 7k to the IRS and about 7k in general unsecured debt.

12. We are asking this Court for the opportunity to allow Debtor to attempt another reorganization in this bankruptcy proceeding by extending the automatic stay so they can have a chance to save the Property from foreclosure or to save the home through a loan modification or the equity in the property through a sale.

DATED: 7/31/2026

/S/ Scott D. Sherman
-----------------------------------
Scott D. Sherman

I have reviewed the factual assertions set forth in the 7/31/2026 Certification of my attorney Scott D. Sherman and can certify that everything is truthful and accurate to the best of my knowledge.

DATED: 7/31/2026

/S/ Jose M. Ruiz
-----------------------------------
Jose M. Ruiz