Home value Cost calculator Home details Neighborhc




Zestimate®

# $471,000

99 White Meadow Ave, Rockaway, NJ 07866

| -- | -- | 1,172 |
|---|---|---|
| beds | baths | sqft |

Est. refi payment: **$3,291/mo** $ **Refinance your loan**

| | | |
|---|---|---|
| SingleFamily | Built in 1949 | 7,501 Square Feet Lot |
| $471,000 Zestimate® | $402/sqft | $3,700 Estimated rent |

## Home value

Zestimate®

**$471,000**